```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN ROE,                                                   :
                                                            :
                              Plaintiff,                    :
                                                            :           18-CV-2644 (VSB)
              -against-                                     :
                                                            :              ORDER
UNITED STATES OF AMERICA, JOHN AND                          :
JANE DOES,                                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/19/2018
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On June 13, 2018, I entered a protective order governing matters related to confidentiality in this action.  Among other things, the protective order provides that Plaintiff shall either be referred to as "Plaintiff" or "John Roe" or his name shall be redacted in all public filings, the caption in all filings and on the docket shall refer to Plaintiff as "John Roe," and remote electronic access to the docket shall be granted only to counsel of record, the parties, and any representative of counsel of record upon presentation to the Clerk of Court of written authorization from said counsel.  Accordingly, it is hereby:

      ORDERED that the Clerk of Court shall unseal the docket for this matter with the exception that documents filed prior to entry of this Order shall remain under seal.

      IT IS FURTHER ORDERED that Plaintiff may prosecute this litigation under the name "John Roe."

      IT IS FURTHER ORDERED that the Clerk of Court shall amend the caption on the docket to refer to Plaintiff as "John Roe."

      IT IS FURTHER ORDERED that the parties shall refer to Plaintiff as "John Roe" in the

caption of all public filings.

      IT IS FURTHER ORDERED that the Clerk of Court shall grant remote electronic access to the docket only to court users, counsel of record, the parties, and any representative of counsel of record upon presentation to the Clerk of Court of written authorization from said counsel.

      IT IS FURTHER ORDERED that within seven (7) days of the entry of this order, counsel for Plaintiff shall file via ECF an appropriately redacted copy of the complaint and any exhibits thereto.

SO ORDERED.

Dated: June 19, 2018
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge