UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ROE,<br><br>              Plaintiff,<br><br>     -against-<br><br>UNITED STATES OF AMERICA, JOHN AND JANE DOES,<br>              Defendants. | Case No.:1:18-cv-2644 (VSB)<br><br>[~~PROPOSED~~] JUDGMENT |

WHEREAS, defendant United States of America offered on April 23, 2020, pursuant to Rule 68 of the Federal Rules of Civil Procedure, to allow plaintiff John Roe to take a judgment against defendant United States of America for the total sum of Three Hundred Fifty Thousand Dollars ($350,000.00), in full satisfaction of plaintiff's claims for "all monetary and non-monetary relief, … inclusive of all costs and fees accrued to date that might be recoverable against the United States, including without limitation, any claim of attorney's fees, expert witness fees, or other costs, awardable by statute, contract, or otherwise."  [(Docket No. 59, Exhibit A ¶¶1-2)],

WHEREAS, on May 7, 2020, plaintiff timely accepted defendant's offer of judgment (Docket No. 59),

It is HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of plaintiff in the amount of $350,000.00 as against the United States of America. The Clerk is directed to close this case following entry of this judgment.

SO ORDERED:

*Vernon Broderick* 5/13/2020
Vernon S. Broderick
United States District Judge